UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> RICKY GRUBB, ) <br> Defendants. ) | No. CR-08-173-RHW-6 <br><br> ORDER GRANTING MOTION TO <br> MODIFY RELEASE CONDITIONS |

THIS MATTER coming before the court upon motion by defendant for an order modifying release conditions, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the defendant is no longer committed to ~~house~~ home ~~arrest~~ detention and is permitted to seek employment, with a curfew of 6:00 p.m. to 6:00 a.m.

IT IS SO ORDERED this 20 day of March, 2009.

_____
Cynthia Imbrogno
United States District Magistrate Judge

Order Granting Motion to Modify Release Conditions - Page 1 of 1