PROB 12C
(7/93)

Report Date: June 25, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 25 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricky E. Grubb                     Case Number: 2:08CR00173-006

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 09/03/2009

| | |
|---|---|
| Original Offense: | Conspiracy to Utter Counterfeit Securities of an Organization, 18 U.S.C. §§ 371 and 513 |
| Original Sentence: | Probation - 36 Months           Type of Supervision: Probation |
| Asst. U.S. Attorney: | Pamela Byerly                     Date Supervision Commenced: 09/03/2009 |
| Defense Attorney: | Federal Defenders Office        Date Supervision Expires: 09/02/2012 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

<u>Violation Number</u>     <u>Nature of Noncompliance</u>

1            **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

            **Supporting Evidence**: Ricky Grubb violated conditions of his supervised release by failing to appear for urinalysis testing as directed on June 7 and 22, 2010.

2            **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

            **Supporting Evidence**: Ricky Grubb violated conditions of his supervised release by failing to provide verification of NA/AA meeting attendance during April and May 2010.

    3    **Mandatory Condition # 6**: If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

        **Supporting Evidence**: Mr. Grubb has violated the terms of his supervised release since May 2010, by failing to pay court-ordered restitution in the amount of no less than 15% of his gross income per month.

        It is noted that the last payment submitted by the offender occurred on April 6, 2010. To date, the remaining balance in this matter is $2,503.30.

    4    **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

        **Supporting Evidence**: Ricky Grubb violated the terms of his supervised release on June 23, 2010, by failing to appear in the U.S. Probation Office as directed. All attempts to locate Mr. Grubb following his above-mentioned failure to appear for urinalysis testing on June 22, 2010, have been unsuccessful.

    5    **Standard Condition #5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

        **Supporting Evidence**: Mr. Grubb has violated the terms of his supervised release since September 2009, in Spokane, Washington, by failing to secure legitimate employment while under supervision. It is also noted, the offender refuses to submit job search verification forms as directed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/25/2010

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

Prob12C
Re: Grubb, Ricky E.
June 25, 2010
Page 3

THE COURT ORDERS

[ ]  No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

6/25/10
_____
Date