PROB 12C
(7/93)

Report Date: July 14, 2010

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 15 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Ricky E. Grubb        Case Number: 2:08CR00173-006

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/3/2009

Original Offense:      Conspiracy to Utter Counterfeit Securities of an Organization, 18 U.S.C. § 371 and 513

Original Sentence:     Probation - 36 Months         Type of Supervision: Probation

Asst. U.S. Attorney:   Pamela Byerly                 Date Supervision Commenced: 9/3/2009

Defense Attorney:      Federal Defenders Office      Date Supervision Expires: 9/2/2012

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/25/2010.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ricky Grubb violated conditions of his supervised release by failing to appear for urinalysis testing as directed on July 12, 2010. On July 14, 2010, offender reported to the U.S. Probation Office in Spokane, Washington. At that time, the undersigned questioned the offender specific to his inability to comply with urinalysis testing. Mr. Grubb stated he became preoccupied while working on his vehicle in preparation to travel for a court appearance in Kittitas County on July 13, 2010. Ricky Grubb was advised that the Court would be notified of his consistent failure to appear for urinalysis testing. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/14/2010

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

Prob12C
Re: Grubb, Ricky E.
July 14, 2010
Page 2

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Other

_____
Signature of Judicial Officer

7/15/10
Date