PROB 12C
(7/93)

United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Report Date: June 14, 2011

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 15 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Ricky E. Grubb            Case Number: 2:08CR00173-006

Address of Offender: ▮▮▮▮▮▮▮ Spokane, WA 99202

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/3/2009

| | |
|---|---|
| Original Offense: | Conspiracy to Utter Counterfeit Securities of an Organization, 18 U.S.C. § 371 and 513 |
| Original Sentence: | Probation - 36 Months |
| Asst. U.S. Attorney: | Timothy J. Ohms |
| Defense Attorney: | Bryan P. Whitaker |

Type of Supervision: Probation
Date Supervision Commenced: 9/3/2009
Date Supervision Expires: 9/2/2012

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/31/2011.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |
| | **Supporting Evidence**: Ricky Grubb violated conditions of his supervision in Spokane, Washington, on June 7, 2011, by failing to report to the U.S. Probation Office and complete a monthly supervision report. At this time, Mr. Grubb's whereabouts are unknown. |
| 3 | **Standard Condition # 4**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Ricky Grubb violated conditions of his supervision by failing to appear in the U.S. Probation Office on June 9, 2011, before the close of business. The undersigned officer attempted to initiate contact at the offender's residence on the noted date. A business card was placed on his apartment door instructing him to report to the office on June 9, 2011. To date, Ricky Grubb has failed to appear in the office during the month of June 2011. Also, he has failed to initiate contact with the undersigned officer by telephone and/or written correspondence. His whereabouts remain unknown. |

Prob12C
Re: Grubb, Ricky E.
June 14, 2011
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/14/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

6/15/2011
Date