PROB 12C
(7/93)

# United States District Court

## for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: July 7, 2011
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 12 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Ricky E. Grubb            Case Number: 2:08CR00173-006

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/3/2009

Original Offense:    Conspiracy to Utter Counterfeit Securities of an Organization, 18 U.S.C. § 371 and 513

Original Sentence:   Probation - 36 Months            Type of Supervision: Probation

Asst. U.S. Attorney: Timothy J. Ohms                  Date Supervision Commenced: 9/3/2009

Defense Attorney:    Bryan P. Whitaker                Date Supervision Expires: 9/2/2012

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/31/2011 and 6/14/2011.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ricky Grubb violated conditions of his supervised release by failing to appear for drug testing on June 23, 2011.<br><br>On June 24, 2011, Mr. Grubb reported to the U.S. Probation Office in Spokane, Washington. At that time, the undersigned questioned the offender specific to his failure to appear for urinalysis testing. Ricky Grubb stated he was preoccupied working odd jobs and forgot to report for testing. Consequently, Mr. Grubb was arrested in the office due to other noncompliant behavior in response to the warrant issued June 14, 2011. |

Prob12C
Re: Grubb, Ricky E.
July 7, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/07/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✗] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

7/12/11
Date